AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>A Black iPhone Cellular Telephone with a Black UAG Case and a Cracked Screen Protector in Possession of the Salt River Police Department Property and Evidence | Case No. 25-3418 MB<br>(Filed Under Seal) |

## SEARCH AND SEIZURE WARRANT

**SEALED**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  November 19, 2025  (not to exceed 14 days) ☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Nov. 5, 2025 @ 2pm

Judge's signature: M Morrissey

City and state: Phoenix, Arizona

Honorable Michael T. Morrissey, U.S. Magistrate Judge
Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  |  |  |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

*Property to be searched*

The property to be searched is a Black iPhone cellular telephone with a black UAG case and a cracked screen protector which is attached to the front face of the devise, that is, the SUBJECT CELLULAR TELEPHONE. The SUBJECT CELLULAR TELEPHONE is currently located at Salt River Property and Evidence, 11471 East Indian School Road, Scottsdale Arizona.

This warrant authorizes the forensic examination of the SUBJECT CELLULAR TELEPHONE for the purpose of identifying the electronically stored information described in Attachment B.





## ATTACHMENT B

*Property to be seized*

Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE that relate to Acts of Juvenile Delinquency, that are, CIR-Assaults with a Dangerous Weapon, in violation of Title 18 U.S.C. §§ 5031-5037, 1153 and 113(a)(3), including:

a. Telephone numbers of incoming/outgoing calls stored in the call registry;

b. Telephone numbers and email addresses and corresponding names to those numbers and addresses stored in the address book.

c. Any incoming/outgoing text messages, SMS, and instant messages.

d. Telephone subscriber information.

e. Social Media applications. (to include but not limited to Facebook, Instagram, Snapchat, TikTok, Telegram, WhatsApp, X, Etc…) and associated data files for instant messaging, to include all text and photographs.

f. Any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular telephone, including but not limited to location information, e-mail, voicemail, videos, and photos

g. Evidence of the times the cellular phone was used; Passwords, encryption keys, and other access devices that may be necessary to access the cellular phone; Global Positioning System (GPS) coordinates or any other location data stored within the device.

h. Any records and information found within the digital contents of the digital electronic devices showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, correspondence, photographs, and browsing history.

i. Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, correspondence, photographs, and browsing history.

As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.

2